DANIEL R. BARADAT  SBN 068651
BARADAT, EDWARDS & PABOOJIAN, LLP
ATTORNEYS AT LAW
7050 N. Fresno Street, Suite 201
Fresno, California  93720-2975

Telephone:  (559) 431-5366
Fax:         (559) 431-1702

Attorney for Plaintiff(s):
CALEB A. MILLS a minor,
by and through his Guardian
ad Litem, JACOB C. MILLS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB A. MILLS a minor, by and through his Guardian ad Litem, JACOB C. MILLS, | CASE NO. 1:09-CV-00900-LJO-DLB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE** |
| v. | |
| FAMILY HEALTHCARE NETWORK; ANDY PHAN, M.D.; MARIA REYNAM PCA1; and THE UNITED STATES OF AMERICA; | Date:   September 3, 2009<br>Time:   09:30 a.m.<br><br>Courtroom:  #9 (6th Floor) |
| Defendants. | Dennis L. Beck<br>U.S. Magistrate Judge |

Plaintiff Caleb A. Mills a minor, by and through his Guardian ad Litem, Jacob C. Mills hereby requests a continuance of the Mandatory Scheduling Conference scheduled for September 3, 2009 in Court #9 of the above entitled court. Said continuance is requested as all defendants have been served but have not appeared in this action. A continuance will allow all defendants to make an appearance and give the parties time to prepare a Joint Scheduling Statement to submit to the Court prior to the continued hearing date.

---

1	After due consideration of the matter and for good cause having been shown, the Court hereby
2	continues the Mandatory Scheduling Conference from September 3, 2009 at 09:30 a.m. in Courtroom #9
3	to November 5, 2009 at 09:30 a.m. in Courtroom #9.
4	Plaintiff is to give notice to Defendants of the new date and time of the continued Mandatory
5	Scheduling Conference.

10	IT IS SO ORDERED.

11	Dated:   **August 19, 2009**                    /s/ *Dennis L. Beck*
12	                                                           UNITED STATES MAGISTRATE JUDGE