LAWRENCE G. BROWN
United States Attorney
KELLI L. TAYLOR
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB A. MILLS, a minor, by and through his Guardian ad Litem, JACOB C. MILLS,<br><br>              Plaintiffs,<br><br>      v.<br><br>FAMILY HEALTHCARE NETWORK; ANDY PHAN, M.D.; RARIA REYNA PCA1; and THE UNITED STATES OF AMERICA<br><br>              Defendants. | 1:09-cv-00900-LJO-DLB<br><br>STIPULATION TO DISMISS DEFENDANTS FAMILY HEALTHCARE NETWORK; ANDY PHAN, M.D., and RARIA REYNA PCA 1<br><br>Complaint Filed:   May 20, 2009<br>Trial Date:              TBD |

        Plaintiff CALEB A. MILLS, a minor, by and through his Guardian ad Litem, JACOB C.

MILLS, and Defendant UNITED STATES OF AMERICA, hereby stipulate, by and through their

counsel of record, to dismiss Defendants FAMILY HEALTHCARE NETWORK; ANDY PHAN,

M.D., and RARIA REYNA PCA 1 without prejudice, and to have the caption changed to reflect the

UNITED STATES OF AMERICA as the sole Defendant in this suit.  Good cause exists for the

stipulated dismissal and caption change since Plaintiff's complaint for medical malpractice is brought

pursuant to the Federal Tort Claims Act and alleges that the named entity is a federally funded health

care clinic and that the individually named Defendants were acting within the course and scope of

1  their employment during all relevant times herein.  As such, the United States is the only proper

2  Defendant.  28 U.S.C. § 2679.

3       IT IS SO STIPULATED.

5  Dated: October 13, 2009                    BARADAT, EDWARDS & PABOOJIAN, LLP

7                               By:    /s/ David G. Edwards
                                       DAVID G. EDWARDS
8                                      DANIEL R. BARADAT
                                       Attorneys for Plaintiff

10 Dated: October 13, 2009                    LAWRENCE G. BROWN
                                              United States Attorney

12                              By:     /s/ Kelli L. Taylor
                                        KELLI L. TAYLOR
13                                      Assistant U.S. Attorney
                                        Attorneys for the United States of America

## ORDER

GOOD CAUSE APPEARING, including the parties' stipulation, it is hereby ordered that Defendants FAMILY HEALTHCARE NETWORK; ANDY PHAN, M.D., and RARIA REYNA PCA 1 are dismissed, without prejudice, from this lawsuit.  It is further ordered and approved that the caption can be changed to reflect that the UNITED STATES OF AMERICA is the sole Defendant in this suit.  This dismissal does not close this action.

**IT IS SO ORDERED.**

**Dated:     October 14, 2009            /s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE