BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 Phone
(916) 448-2900 Facsimile
todd.pickles@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB A. MILLS, a minor, by and through his Guardian ad Litem, JACOB C. MILLS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | CASE NO. 1:09-cv-00900 LJO (DLB)<br><br>**STIPULATION TO EXTEND DISCOVERY DATES; ORDER** |

　　　　Plaintiff Caleb A. Mills, a minor by and through his guardian *ad litem* Jacob C. Mills, and Defendant the United States of America, through their respective counsel, hereby submit the following stipulation to extent discovery dates and request modification of the Court's scheduling order pursuant to Rule 16 of the Federal Rules of Civil Procedure.

## Recitals

　　　　1.　　On December 7, 2009, this Court's Scheduling Order set the following dates for the completion of discovery, including expert discovery:

| | |
|---|---|
| Plaintiff's Expert Disclosures: | August 2, 2010 |
| Defendant's Expert Disclosures: | September 15, 2010 |
| Discovery Cut-off: | November 15, 2010 |
| Last date to file Discovery Motion: | November 15, 2010 |
| Last date to have Discovery Motions heard: | December 17, 2010 |

Stipulation to Extend Discovery Dates

1

2. The parties have worked diligently to complete discovery, including participating in written discovery, and serving subpoenas on third parties. To date, the United States has also taken the depositions of Jacob and Heather Mills, who are the parents of Plaintiff, and five of the physicians involved in the care and treatment of Plaintiff. The United States has also scheduled and noticed approximately six additional depositions of medical providers involved in the care and treatment of Plaintiff, all to be completed by end of August 2010. Plaintiff has also noticed the deposition of approximately four medical providers from the federally-funded and insured healthcare clinic, and the parties are in the process of finalizing the depositions of at least two additional medical providers.

3. Due to the limited availability of the medical providers, as well as of counsel, many of their depositions could not be set until August 2010, which is after the date Plaintiff's expert disclosures are due.

4. The parties have met and conferred and agree concluding the depositions of Plaintiff's treating physicians prior to Plaintiff's expert disclosure will further the expedient resolution of this matter, including avoiding the need to prepare supplemental expert disclosures by both sides.

5. The parties do not seek or wish to change any remaining dates, including dates for dispositive motions, pretrial conference, or trial.

### Stipulation

Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

1. The date for Plaintiff to make his disclosure of experts under Rule 26(a)(2) shall be continued to September 15, 2010;

2. The date for the United States's disclosure of experts under Rule 26(a)(2) shall be continued to November 1, 2010;

3. The deadline for completion of all discovery shall be continued to January 15, 2011;

4. The deadline for filing a discovery motion shall be continued to January 15, 2011, with the last date to have a motion heard February 18, 2011; and

5. All remaining pretrial dates shall remain as set by the Court in its December 7, 2009 Order.

Stipulation to Extend Discovery Dates

2

1  IT IS SO STIPULATED.

2  DATED:  July 27, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney
3

4                              By:      /s/ Todd Pickles
                                        TODD A. PICKLES
5                                       Assistant United States Attorney

6                                       Attorneys for Defendant the United States of America

7

8  DATED: July 27, 2010                    BARADAT & PABOOJIAN, INC.

9                              By:      /s/ Daniel R. Baradat
                                        DANIEL R. BARADAT
10                                      DANIEL C. STEIN

11                                      Attorneys for Plaintiffs

**ORDER**

Having read and considered the parties' Stipulation to Extend Discovery Dates  IT IS HEREBY ORDERED THAT:

1.	The dates for completion of discovery, including expert discovery, shall be CONTINUED to the dates set forth in the stipulation above; and

2.	All remaining pretrial dates set by this Court's December 7, 2009 Scheduling Order shall remain UNCHANGED.

The extension of the deadlines relating to discovery ordered above SHALL NOT BE CONSIDERED IN DERTIMINING WHETHER THERE IS GOOD CAUSE FOR THE EXTENSION OF ANY OTHER DEADLINES set in  this Court's December 7, 2009 Scheduling Order.

IT IS SO ORDERED.

Dated:   **July 28, 2010**                             /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE