**DANIEL R. BARADAT  SBN 068651**
**DANIEL C. STEIN       SBN 250102**
**BARADAT & PABOOJIAN, INC.**
**ATTORNEYS AT LAW**
**720 West Alluvial Avenue**
**Fresno, California  93711**
**Telephone:  (559) 431-5366**
**Fax:          (559) 431-1702**

**Attorneys for Plaintiff(s):**
**CALEB A. MILLS a minor,**
**by and through his Guardian**
**ad Litem, JACOB C. MILLS**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB A. MILLS, a minor, by and through his Guardian ad Litem, JACOB C. MILLS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | CASE NO. 1:09-cv-00900-LJO-DLB<br><br>**STIPULATION TO EXTEND DISCOVERY DATES; [PROPOSED] ORDER** |

　　　　Plaintiff Caleb A. Mills, a minor by and through his guardian *ad litem* Jacob C. Mills, and Defendant the United States of America, through their respective counsel, hereby submit the following stipulation to extent discovery dates and request modification of the Court's scheduling order pursuant to Rule 16 of the Federal Rules of Civil Procedure.

**<u>Recitals</u>**

　　　　1.　　　On December 7, 2009, this Court's Scheduling Order set the following dates for the completion of discovery, including expert discovery:

- Plaintiff's Expert Disclosures:　　　　　　　　　August 2, 2010
- Defendant's Expert Disclosures:　　　　　　　　September 15, 2010
- Discovery Cut-off:　　　　　　　　　　　　　　November 15, 2010
- Last date to file Discovery Motion:　　　　　　　November 15, 2010
- Last date to have Discovery Motions heard:　　　December 17, 2010

Stipulation to Extend Discovery Dates

1

2. On July 21, 2010, the parties submitted a Stipulation to Extend Discovery Dates as follows:

- Plaintiff's Expert Disclosures:        September 15, 2010
- Defendant's Expert Disclosures:      November 1, 2010
- Discovery Cut-off:                   January 15, 2011
- Last date to file Discovery Motion:   January 15, 2011
- Last date to have Discovery Motions heard:   February 18, 2011
- All remaining pretrial dates shall remain as set by the Court in its December 7, 2009 Order.

3. The parties have worked diligently to complete discovery, including participating in written discovery, and serving subpoenas on third parties. To date, the United States has taken the depositions of Jacob and Heather Mills, who are the parents of Plaintiff, and taken approximately nine additional depositions of medical providers involved in the care and treatment of Plaintiff. Plaintiff has also taken the deposition of approximately four medical providers from the federally-funded and insured healthcare clinic, and the parties are in the process of finalizing the depositions of at least a few additional medical providers, one of which was the treating physician at Valley Children's Hospital who diagnosed Plaintiff's Asplenia.

4. Due to the limited availability of the medical providers, as well as of counsel, many of their depositions could not be completed until late September 2010, which is after the date Plaintiff's expert disclosures are due and the anticipated depositions will likely affect the opinions of the parties' respective experts.

5. The parties have met and conferred and agree concluding the depositions of Plaintiff's treating physicians prior to Plaintiff's expert disclosure will further the expedient resolution of this matter, including avoiding the need to prepare supplemental expert disclosures by both sides.

6. The parties do not seek or wish to change any remaining dates, including dates for dispositive motions, pretrial conference, or trial.

### Stipulation

Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

1. The date for Plaintiff to make his disclosure of experts under Rule 26(a)(2) shall be continued to October 15, 2010;

2. The date for the United States's disclosure of experts under Rule 26(a)(2) shall be continued to December 1, 2010;

3.     The deadline for completion of all discovery shall be continued to February 15, 2011;

4.     The deadline for filing a discovery motion shall be continued to February 15, 2011, with the last date to have a motion heard March 18, 2011; and

5.     All remaining pretrial dates shall remain as set by the Court in its December 7, 2009 Order.

IT IS SO STIPULATED.

DATED:  September 8, 2010              BENJAMIN B. WAGNER
                                       United States Attorney

                              By:      */s/ Todd A. Pickles*
                                       TODD A. PICKLES
                                       Assistant United States Attorney

                                       Attorneys for Defendant the United States of America

DATED: September 8, 2010               BARADAT & PABOOJIAN, INC.

                              By:      */s/ Daniel R. Baradat*
                                       DANIEL R. BARADAT
                                       DANIEL C. STEIN

                                       Attorneys for Plaintiffs

**ORDER**

Having read and considered the parties' Stipulation to Extend Discovery Dates, and for good cause showing under Rule 16 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED THAT:

1. The dates for completion of discovery, including expert discovery, shall be CONTINUED to the dates set forth in the stipulation above; and

2. All remaining pretrial dates set by this Court's December 7, 2009 Scheduling Order shall remain UNCHANGED.

IT IS SO ORDERED.

Dated:   **September 9, 2010**              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE