UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB MILLS, a minor, by and through his Guardian ad Litem, JACOB C. MILLS,<br><br>        Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO. 1:09-cv-00900 LJO JLT<br><br>**ORDER REQUIRING FILING OF MINOR'S COMPROMISE** |

On January 20, 2011, Plaintiff filed a Notice of Settlement. (Doc. 30) No later than February 21, 2011, Plaintiff is **ORDERED** to file his motion for approval of the minor's compromise according to Local Rule 202(b).

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160.

IT IS SO ORDERED.

Dated: **January 24, 2011**                         /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE