**DANIEL R. BARADAT  SBN 068651**
**BARADAT & PABOOJIAN, INC.**
**A LAW CORPORATION**
**720 W. Alluvial Ave.**
**Fresno, California  93711-5705**

**Telephone:  (559) 431-5366**
**Fax:         (559) 431-1702**

**Attorney for Plaintiff(s):**
**C.A.M. a minor,**
**by and through his Guardian**
**ad Litem, JACOB C. MILLS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.A.M. a minor, by and through his Guardian ad Litem, JACOB C. MILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAMILY HEALTHCARE NETWORK; ANDY PHAN, M.D.; MARIA REYNA PCA1; and THE UNITED STATES OF AMERICA;<br><br>　　　　Defendants. | CASE NO. 1:09-CV-00900-LJO-JLT<br><br>**STIPULATION AND ORDER RE HEARING OF MOTION FOR ORDER AUTHORIZING COMPROMISE OF MINOR'S CLAIM FOR ATTORNEY'S FEES AND COSTS** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that Plaintiff's Motion for Order Authorizing Compromise of Minor's Claim and for Attorney's Fees and Costs may be heard on February 15, 2011 at 8:15 a.m. before the Honorable Lawrence J. O'Neill. The reasons for this stipulation is that time is of the essence in having this matter heard in order that the annuity may be purchased for the minor and to afford the United States of America as much time as possible to fund the purchase of the annuity pursuant to the Court's Order before the funding date passes.

/ / /

---

DATED: January 27, 2011
BENJAMIN B. WAGNER
United States Attorney

By: /s/ TODD A. PICKLES
TODD A. PICKLES
JEFFREY J. LODGE
Assistant United States Attorneys

Attorneys for the United States of America

DATED: January 28, 2011
BARADAT & PABOOJIAN, INC.

By: /s/ DANIEL R. BARADAT
Attorney for Plaintiff,
C.A.M. a minor, by
and through his Guardian ad
Litem, JACOB C. MILLS

## ORDER

Based on the parties' stipulation, this Court will hear the approval of minor's compromise on an expedited basis. To that end, this Court ORDERS plaintiff's counsel, no later than February 10, 2011, to file and serve moving papers and a proposed order. In the absence of opposition filed by February 15, 2011, this Court will consider the matter on record without a hearing and thus sets no hearing at this time. This Court ADMONISHES the parties that absent absolute good cause, attorney fees are limited to 25 percent of the net recovery.

DATED: January 28, 2011                                    /s/ Lawrence J. O'Neill
                                                            U.S. District Judge