IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB A. MILLS, a minor, by and through his *Guardian ad Litem*, JACOB C. MILLS,<br><br>        Plaintiff,<br><br>   v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO. 1:09-cv-00900-LJO-DLB<br><br>**ORDER ON MINOR'S COMPROMISE** |

   Jacob C. Mills, father and guardian ad litem of minor plaintiff C.A.M. ("C.A.M."), seeks this Court's approval of a $710,000 settlement with defendant United States of America ("Government"). At the request of C.A.M.'s counsel, this Court considered the minor's compromise on an expedited basis and without a hearing in that C.A.M.'s counsel indicated that expedited approval would assist to fund structured payments for C.A.M. This Court has reviewed the record and determines that the settlement serves C.A.M.'s best interests.

   On the basis of good cause, this Court:

   1.   APPROVES the final compromise of C.A.M.'s claims with the payment of $710,000 at present value by the Government in exchange for dismissal of claims against the Government with prejudice;

   2.   ORDERS the Government to use its best efforts to make payment from the Judgment Fund of the Department of Treasury as soon as practical with submission of the parties' written settlement agreement and other necessary documents and information;

   3.   ORDERS that $410,000 of the settlement be used to purchase an annuity for C.A.M. in accordance with federal regulations and the parties' written settlement agreement;

     4.     ORDERS C.A.M.'s counsel to pay Medi-Cal $95,000 of the remaining $300,000 of the settlement to reimburse Medi-Cal for its agreed reduced lien;

     5.     PERMITS C.A.M.'s counsel to reimburse itself $53,366.49 costs and to pay itself $151,633.51 fees from the remaining $300,000 of the settlement; and

     6.     REITERATES its January 21, 2011 order to require the parties, no later than April 21, 2011, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

IT IS SO ORDERED.

**Dated:**   **February 11, 2011**                                    **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE