IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.A.M., a minor, by and through his Guardian ad Litem, JACOB C. MILLS,<br><br>           Plaintiff,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA;<br><br>           Defendants. | CASE NO. 1:09-CV-00900-LJO-JLT<br><br>**MODIFIED ORDER ON MINOR'S COMPROMISE** |

Jacob C. Mills, father and guardian ad litem of minor plaintiff C.A.M. ("C.A.M."), seeks this Court's approval of a $710,000.00 settlement with defendant United States of America ("Government"). At the request of C.A.M.'s counsel, this Court considered the minor's compromise on an expedited basis and without a hearing in that C.A.M.'s counsel indicated that expedited approval would assist to fund structured payments for C.A.M. This Court has reviewed the record and determines that the settlement serves C.A.M.'s best interests.

On the basis of good cause, this Court:

1.      APPROVES the final compromise of C.A.M.'s claims with the payment of $710,000.00 at present value by the Government in exchange for dismissal of claims against the Government with prejudice;

2.      ORDERS the Government to use its best efforts to make payment from the Judgment Fund of the Department of Treasury as soon as practical with submission of the parties' written settlement agreement and other necessary documents and information;

3.      ORDERS AND MODIFIES that $410,000.00 of the settlement be used to purchase an annuity for C.A.M. in accordance with federal regulations and the parties' written settlement agreement, as interest rates have declined since the passage of the original anticipated purchase date of April 27, 2011 the annuity payments to be made to C.A.M. are to be modified from that payment schedule set forth in

1  paragraph 10 of the Motion for Order Authorizing Compromise of Minor's Claim and For Attorney's
2  Fees and Costs.  The payment schedule from Allstate to C.A.M. is to be as follows:

| | | |
|---|---|---|
| Eighteenth Birthday: | March 24, 2024 | $40,000.00 |
| Nineteenth Birthday: | March 24, 2025 | $40,000.00 |
| Twentieth Birthday: | March 24, 2026 | $40,000.00 |
| Twenty-first Birthday: | March 24, 2027 | $40,000.00 |
| Twenty-second Birthday | March 24, 2028 | $40,000.00 |
| Twenty-fifth Birthday | March 24, 2031 | $200,000.00 |
| Thirtieth Birthday | March 24, 2036 | $225,000.00 |
| Fortieth Birthday | March 24, 202041 | $520,034.49 |

**Total Guaranteed Payout:     $1,145,034.49**

4.       ORDERS C.A.M.'s counsel to pay Medi-Cal $95,000.00 of the remaining $300,000.00 of the settlement to reimburse Medi-Cal for its agreed reduced lien;

5.       PERMITS C.A.M.'s counsel to reimburse itself $53,366.49 costs and to pay itself $151,633.51 fees from the remaining $300,000.00 of the settlement; and

6.       MODIFIES its January 21, 2011 order to require the parties, no later than June 21, 2011, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

 The Court recognized the need to accept verbal representations from Plaintiff's counsel concerning the ever-changing rates of return, and in an attempt to maximize the ultimate pay-outs on the minor's compromise, the Court approved this amended order in the expedited fashion described above.

1
2  IT IS SO ORDERED.
3
   Dated:   **June 8, 2011**                             /s/ Lawrence J. O'Neill
4                                                      UNITED STATES DISTRICT JUDGE

---

MODIFIED ORDER ON MINOR'S COMPROMISE                                    UNITED STATES DISTRICT COURT

MILLS V. UNITED HEALTHCARE NETWORK                     3                        CASE NO.: 1:09-CV-00900