```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   JEFFREY LODGE
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900
   Email: todd.pickles@usdoj.gov
6
   Attorneys for the United States of America
7
```

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CALEB A. MILLS, a minor, by and through his Guardian ad Litem, JACOB C. MILLS, | Case No. 1:09-cv-00900-LJO-DLB |
| 12           Plaintiff, | **STIPULATION AND ORDER OF** |
| 13       v. | **DISMISSAL WITH PREJUDICE** |
| 14  THE UNITED STATES OF AMERICA, | |
| 15           Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the terms of a written compromise settlement and release of federal tort claims act claims under 28 U.S.C. § 2677, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Eastern District of California, the parties hereby stipulate that the above-captioned action by Plaintiff Caleb A. Mills, a minor, by and through his Guardian ad Litem, Jacob C. Mills against Defendant the United States of America shall be dismissed <u>with prejudice</u>, and that each party shall bear their own costs and fees.

IT IS SO STIPULATED.

///

///

STIPULATION &  ORDER
OF DISMISSAL WITH PREJUDICE                    1

| | | |
|---|---|---|
| DATED: June 21, 2011 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Todd A. Pickles<br>TODD A. PICKLES<br>Assistant United States Attorney |
| | | Attorneys for the United States of America |
| DATED: June 21, 2011 | | BARADAT & PABOOJIAN, INC. |
| | By: | /s/ Daniel R. Baradat<br>DANIEL R. BARADAT |
| | | Attorneys for Plaintiff CALEB A. MILLS, a minor, by and through his Guardian ad Litem, JACOB C. MILLS |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and for good cause showing, this case is DISMISSED WITH PREJUDICE. Each party shall bear their own costs and fees. The clerk of the Court shall close the file.

**IT IS SO ORDERED.**

**Dated:   June 22, 2011**               /s/ Lawrence J. O'Neill
                                         **UNITED STATES DISTRICT JUDGE**